*John H. Duffy et al.* v. *William James et al.* L. H. PAL-

MER and J. Q. WILSON, for appellants; J. V. L. PRUYN, for respondents.

Decree of the vice chancellor affirmed, with costs.